UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Brazzil,<br><br>        Plaintiff,<br><br>    v.<br><br>M.E. Poulos, et al.,<br><br>        Defendants. | CASE NO. ED CV 08-1674-R (PJW)<br><br>J U D G M E N T |

    For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

    DATED:    March **3**, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\BRAZZIL, A 1674\judgmemt.wpd